UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON.PATRICK J.DUGGAN
CIVIL NO.07-13956

JESSE ANDERSON,

     Plaintiff(s),

-v-

ASAP EXPRESS, INC.,

     Defendant(s).

_____/

ORDER OF DISMISSAL

At a session of said Court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan on February 1, 2008.

PRESENT:  THE HONORABLE PATRICK J. DUGGAN
                  UNITED STATES DISTRICT JUDGE

Due notice of an Order to Show Cause why the above case should not be dismissed

for lack of progress pursuant to Local Rule 41.2 has been sent to counsel of record.  The

Court has received no response; therefore

IT IS HEREBY ORDERED that the above-entitled action be, and hereby is

DISMISSED.


                  s/Patrick J. Duggan
                  Patrick J. Duggan
                  United States District Judge

Dated:  February 1, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record
on February 1, 2008, by electronic and/or ordinary mail.

                  s/Marilyn Orem
                  Case Manager